MELINDA HAAG (CSBN 132612)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

NATALIE K. WIGHT (ORSBN 35576)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: 415.436.6937
    Facsimile: 415.436.7234
    Email: natalie.wight@usdoj.gov

Attorneys for United States of America

MONROE JONES, JR., CDC #AB1193, D2-54-L
    Soledad State Prison, South Facility
    P.O. Box 690
    Soledad, California 93960-0690

Claimant, Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>ONE 2006 GMC HUMMER H2 (VIN: 5GRGN23U56H106415); APPROX. $23,948 IN UNITED STATES CURRENCY; APPROX. $10,355 FROM BANK OF AMERICA ACCOUNTS #0176067685 and #0670872655; AND APPROX. $1,251 IN UNITED STATES CURRENCY,<br>                Defendants. | No. 5:09-CV-05303-LHK<br><br>[~~PROPOSED~~]<br>JUDGMENT OF FORFEITURE<br>AND ORDER OF DISMISSAL |

UPON CONSIDERATION of the Settlement Agreement, the entire record, and for good cause shown, it is by the Court

ORDERED, ADJUDGED AND DECREED that the $23,948.98 in United States currency (plus accrued interest), the Defendant $1,251.00 in United States currency (plus accrued

(handwritten insertion above "$1,251.00": Defendant)

1  interest), and the Defendant $10,355.15 in seized account funds (plus accrued interest) be, and
2  hereby is, FORFEITED to the United States for disposition by the Attorney General in
3  accordance with law; and it is
4        FURTHER ORDERED that the instant case be, and hereby is, DISMISSED.

Dated: September 3, 2010

*Lucy H. Koh*
HONORABLE LUCY H. KOH
United States District Judge